IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| LADELIA ANNE BLAKELY | Violations:  18 U.S.C. §§ 922(g)(3), 924(a)(8) and 924(a)(1)(A) |

COUNT ONE

**Possession of Firearms by a Prohibited Person**

The Grand Jury Charges:

In or about May 2021, in the District of North Dakota,

LADELIA ANNE BLAKELY,

knowing that she was an unlawful user of and addicted to any controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess firearms, that is: a Glock, Model 23, .40 caliber pistol, bearing Serial Number BTEU779, and a Kahr Arms – Auto Ordnance, Model P40, .40 caliber pistol, bearing Serial Number FA3594, said firearms having been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

COUNT TWO

**False Statement During Purchase of a Firearm**

The Grand Jury Further Charges:

On or about May 4, 2021, in the District of North Dakota,

LADELIA ANNE BLAKELY

knowingly made a false statement and representation to Outdoorsman, Federal Firearm License Number: 3-45-046-75, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Outdoorsman, Federal Firearm License Number: 3-45-046-75, in that LADELIA ANNE BLAKELY did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual transferee/buyer of the firearms being purchased, whereas in truth and in fact, she was purchasing the firearms for another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

BMS/sjj